■ GAIL E. PATTERSON, Respondent, v CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY (CNYRTA) and CENTRO, INC., Appellants. [948 NYS2d 841]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.

■ JEREMY S. GNADE, Respondent, v SUNBURST OPTICS, INC., Appellant. (Appeal No. 2.) [948 NYS2d 841]—Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MORRISON, Appellant. [946 NYS2d 921]—Counsel's motion to be relieved of assignment granted and appeal dismissed as abandoned. (Appeal from Judgment of Wayne County Court, Daniel G. Barrett, J.—Aggravated Unlicensed Operation of a Motor Vehicle, 1st Degree.) Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY VARGAS, Appellant, v STATE OF NEW YORK DEPARTMENT OF CORRECTIONS, Superintendent Ekpe D. Ekpe, Respondent. [946 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Jefferson County, Hugh A. Gilbert, J.—Habeas Corpus.) Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON WILLIAMS, Appellant. [946 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, M. William Boller, J.—Assault, 1st Degree.) Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ. (Filed June 8, 2012.)